STATE EX REL. LEWIS, RELATOR, *v.* DISTRICT COURT
ET AL., RESPONDENTS.

(No. 6,005.)

(Submitted September 22, 1926.   Decided November 8, 1926.)

[251 Pac. 142.]

(For syllabus, see *State ex rel. Stewart* v. *District Court,
ante,* p. 361.)

Original application by the State, on the relation of Mike
Lewis, for a writ of prohibition to the District Court of the
Eighteenth Judicial District in and for the County of Hill,
and Charles A. Rose, Judge thereof.   Writ granted.

*Mr. W. F. O'Leary* and *Mr. C. A. Spaulding,* for Relator.

*Mr. L. A. Foot,* Attorney General, *Mr. I. W. Choate,* Assistant
Attorney General, and *Mr. A. F. Lamey,* County Attorney of
Hill County, for Respondents.

## Opinion: PER CURIAM.

The facts in this case are substantially the same as those in
*State ex rel. Stewart* v. *District Court, ante,* p. 361, 251 Pac.
137.   Upon the authority of that case, let a writ of prohibition
issue as prayed for.

*Writ granted.*